```
                IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

IN RE:                              )    CHAPTER 7 CASE
HICKS, JOYITA CHANEY                )
                                    )    CASE NO. 05-63728
                                    )
                                    )    JUDGE SUSAN PIERSON
Debtor(s)                           )    SONDERBY
```

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At:   U.S. BANKRUPTCY COURT
         219 S. DEARBORN, COURTROOM 642
         CHICAGO, ILLINOIS 60604

   on:   **July 1, 2009**
   at:   **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts                                      $     10,005.13

   b. Disbursements                                 $         12.50

   c. Net Cash Available for Distribution           $      9,992.63

4.  Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| Trustee Compensation | $ 0.00 | $ 1,750.24 | $ |
| Trustee Expenes | $ 0.00 | $ | $ 178.28 |
| US Bankruptcy Court | $ 0.00 | $ | $ 250.00 |
| Trustee's Attorney | $ 0.00 | $ 6,000.00 | $ |
| Trustee's Firm Legal | $ 0.00 | $ | $ 179.96 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6.  Claims of general unsecured creditors totaling $92,699.44, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be $1.76%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank/Discover Financial Services | $ 10,862.01 | $ 191.48 |
| 2 | Target National Bank (f.k.a. Retailers National Ba | $ 5,053.31 | $ 89.08 |
| 3 | American Express Centurion Bank | $ 2,703.89 | $ 47.67 |
| 4 | MBNA America Bank NA | $ 46,256.49 | $ 815.43 |
| 5 | Citibank/CHOICE | $ 12,290.27 | $ 216.66 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 15,533.47 | $ 273.83 |

      assignee of Citibank .

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has not been discharged.

10. The Trustee proposed to abandon the following property at the hearing:

Dated: **May 22, 2009**          For the Court,

                                    By: **KENNETH S. GARDNER**
                                        Kenneth S. Gardner
                                        Clerk of the United States Bankruptcy Court
                                        219 S. Dearborn Street, 7th Floor
                                        Chicago, IL 60604

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 1                   Date Rcvd: May 22, 2009
Case: 05-63728                Form ID: pdf002              Total Served: 21

The following entities were served by first class mail on May 24, 2009.
db           +Joyita Chaney Hicks,    3225 W 85th St,    Chicago, IL 60652-3726
aty          +James L Hardemon,    Legal Remedies, Chartered,    8527 S Stony Island,    Chicago, IL 60617-2247
aty          +Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
aty          +Richard G. Fonfrias,    Legal Remedies,    53 West Jackson Suite 409,    Chicago, IL 60604-3410
aty          +Sharanya Gururajan,    Leibowitz Law Center,    420 West Clayton Street,    Waukegan, IL 60085-4216
tr           +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
10497805      American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
10497806      Bank of America,    PO Box 1038,    Norfolk, VA 23501-1038
10497807      Chase,    PO Box 15583,    Wilmington, DE 19886-1194
10497808      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
10497809     +Citibank,    PO Box 15109,    Wilmington, DE 19850-5109
10772967      Citibank/CHOICE,    Exception Payment Processing,    POB 6305,    The Lakes, NV  88901-6305
10497812      MBNA America,    P.O. Box 15102,    Wilmington, DE 19886-5102
10768785     +MBNA America Bank NA,    Mailstop DE5-014-02-03,    POB 15168,    Wilmington, DE 19850-5168
10497813     +TNB Target,    P.O. Box 9475,    Minneapolis, MN 55440-9475
10657554     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission on May 22, 2009.
10644394      E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2009 00:12:25
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
10497810      E-mail/PDF: mrdiscen@discoverfinancial.com May 23 2009 00:12:25     Discover Financial Svc,
               PO Box 15316,    Wilmington, DE 19850
10497811     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding,
               P.O. Box 740281,    Houston, TX 77274-0281
13519918      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
11666252      E-mail/Text: resurgentbknotifications@resurgent.com
               LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                             TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +David P Leibowitz, ESQ,    Leibowitz Law Center,    420 Clayton Street,    Waukegan, IL 60085-4216
                                                                                            TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 24, 2009**          **Signature:** *Joseph Speetjens*